AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CLELAND, ROBERT H. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | 02/03/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE SENIOR | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

425 Water St
Port Huron, MI 48060

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trusts |
| 2. | Co-Trustee | Partnership 1 |
| 3. | Member | Board of Directors, Condominium Associations |
| 4. | Member | Investment Club |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | County of St. Clair, Michigan (defined benefit retirement plan) | $19,992.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   S1 (H) | | | | | | | | | |
| 2.   -3M Corp (Common) | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 3.   -Abbvie Inc (Common) | A | Dividend | J | T | Buy | 07/06/16 | J | | |
| 4.   | | | | | Sold (part) | 09/22/16 | J | A | |
| 5.   -Advansix Inc (Common) | A | Dividend | | | Buy | 02/02/16 | J | | |
| 6.   | | | | | Sold | 10/03/16 | J | A | |
| 7.   -Affiliated Managers Group Inc (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 8.   | | | | | Buy (add'l) | 06/14/16 | J | | |
| 9.   | | | | | Sold | 09/20/16 | J | | |
| 10.   -Agilent Tech Inc (Common) | | None | J | T | Buy | 11/01/16 | J | | |
| 11.   -AGL Resources Inc (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 12.   | | | | | Buy (add'l) | 06/14/16 | J | | |
| 13.   | | | | | Sold | 07/01/16 | J | A | |
| 14.   -Alaska Air Group (Common) | A | Dividend | | | Buy | 01/08/16 | J | | |
| 15.   | | | | | Sold (part) | 09/22/16 | J | | |
| 16.   | | | | | Sold | 10/04/16 | J | A | |
| 17.   -Allstate Corp (Common) | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Analog Devices Inc (Common) | A | Dividend | K | T | Buy | 09/20/16 | K | | |
| 19. -Apache Corp (Common) | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 20. | | | | | Sold (part) | 09/22/16 | J | A | |
| 21. -Avnet Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 22. -Bank New York Mellon (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 23. | | | | | Sold (part) | 07/11/16 | J | A | |
| 24. -Barnes Group Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 25. -Becton Dickinson & Co (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 26. -Bed Bath & Beyond Inc (Common) | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 27. | | | | | Sold (part) | 07/11/16 | J | | |
| 28. -Best Buy (Common) | A | Dividend | K | T | Buy | 09/20/16 | J | | |
| 29. -Boeing Co (Common) | A | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 30. -Brown & Brown Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 31. -Carlisle Companies Inc (Common) | A | Dividend | J | T | Buy | 01/08/16 | J | | |
| 32. -Celanese Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 33. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 34. -CenturyLink Inc (Common) | A | Dividend | J | T | Buy | 04/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CF Industries Holdings (Common) | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 36. | | | | | Sold | 02/02/16 | J | | |
| 37. -Cigna Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 38. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 39. -Citizens First Bancorp Inc (Common) (Y) | | | | | | | | | |
| 40. -Cognizant Technology Solutions Corp (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 41. | | | | | Sold (part) | 05/31/16 | J | | |
| 42. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 43. | | | | | Sold | 11/01/16 | J | | |
| 44. -The Cooper Companies Inc (Common) | | None | | | Sold | 01/05/16 | J | | |
| 45. -Corning Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 46. -CSX Corp (Common) | B | Dividend | | | Sold | 06/14/16 | L | | |
| 47. -Cummins, Inc (Common) | A | Dividend | K | T | Buy | 01/13/16 | J | | |
| 48. -Danaher Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 49. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 50. -Deere & Co (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 51. | | | | | Sold (part) | 05/31/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Delta Airlines Inc (Common) | A | Dividend | K | T | Buy | 02/02/16 | J | | |
| 53. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 54. -Dentsply Sirona Inc (Common) formerly Sirona Dental Systems Inc | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 55. | | | | | Sold (part) | 03/01/16 | J | | |
| 56. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 57. | | | | | Sold | 10/04/16 | J | A | |
| 58. -Discover Financial Services (Common) | C | Dividend | M | T | Buy (add'l) | 01/08/16 | J | | |
| 59. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 60. -Discovery Communications Inc (Common) | | None | J | T | Buy | 08/02/16 | J | | |
| 61. -Dollar General Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 62. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 63. -Dow Chemical Co (Common) | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 64. | | | | | Sold (part) | 07/11/16 | J | A | |
| 65. -DR Horton Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 66. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 67. -DTE Energy Co (Common) | D | Dividend | N | T | | | | | |
| 68. -Edison International (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Eversource Energy (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 70. | | | | | Sold | 04/05/16 | J | | |
| 71. -Expeditors International Wash Inc (Common) | A | Dividend | K | T | Buy | 01/05/16 | J | | |
| 72. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 73. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 74. -Express Scripts Holding Co (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 75. | | | | | Sold (part) | 07/11/16 | J | | |
| 76. -Exxon Mobil Corp (Common) | C | Dividend | L | T | | | | | |
| 77. -Fedex Corp (Common) | | None | J | T | Buy | 10/04/16 | J | | |
| 78. -FMC Technologies, Inc (Common) | | None | | | Buy (add'l) | 01/08/16 | J | | |
| 79. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 80. | | | | | Sold | 09/20/16 | K | | |
| 81. -Foot Locker Inc (Common) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 82. | | | | | Sold | 07/06/16 | J | | |
| 83. | | | | | Buy | 12/23/16 | J | | |
| 84. -Fortive (Corp) (Common) (X) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 85. -Franklin Resources Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -General Dynamics Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 87. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 88. -General Motors Co (Common) | A | Dividend | | | Buy | 10/04/16 | J | | |
| 89. | | | | | Sold | 11/18/16 | J | A | |
| 90. -Gentex Corp (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 91. -Gilead Sciences Inc (Common) | A | Dividend | | | Buy | 03/04/16 | J | | |
| 92. | | | | | Sold | 12/06/16 | J | | |
| 93. -Hasbro Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 94. -Herman Miller Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 95. -Home Depot, Inc (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 96. | | | | | Sold (part) | 05/13/16 | J | A | |
| 97. -Honeywell International Inc (Common) | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 98. | | | | | Sold (part) | 07/11/16 | J | A | |
| 99. -Humana Inc (Common) | A | Dividend | J | T | Buy | 10/04/16 | J | | |
| 100. -Illinois Tool Works Inc (Common) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 101. | | | | | Sold (part) | 07/11/16 | J | A | |
| 102. -Innospec Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Intel Corp (Common) | A | Dividend | J | T | Buy | 03/01/16 | J | | |
| 104. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 105. -Interdigital Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 106. -International Paper Co (Common) | A | Dividend | | | Buy | 06/07/16 | K | | |
| 107. | | | | | Sold (part) | 07/11/16 | J | | |
| 108. | | | | | Sold (part) | 09/22/16 | J | A | |
| 109. | | | | | Sold | 11/01/16 | J | A | |
| 110. -International Speedway Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 111. -iShares iBonds Sep 2016 Term Muni Bond ETF | A | Dividend | | | Sold (part) | 03/08/16 | J | | |
| 112. | | | | | Sold | 09/08/16 | J | | |
| 113. -iShares iBonds Sep 2017 Term Muni Bond ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | | |
| 114. | | | | | Sold (part) | 02/09/16 | J | | |
| 115. | | | | | Sold | 03/08/16 | J | | |
| 116. | | | | | Buy | 09/13/16 | J | | |
| 117. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 118. | | | | | Sold | 12/23/16 | J | | |
| 119. -iShares Short-Term National Muni Bond ETF | A | Dividend | | | Sold (part) | 09/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/23/16 | J | | |
| 121. -Jones Lang LaSalle Inc (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 122. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 123. | | | | | Sold | 12/06/16 | J | | |
| 124. -JP Morgan Chase & Co (Common) | A | Dividend | | | Buy | 01/13/16 | J | | |
| 125. | | | | | Sold | 04/05/16 | J | A | |
| 126. -Kadant Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 127. -Kansas City Southern (Common) | | None | | | Buy | 10/04/16 | J | | |
| 128. | | | | | Sold | 12/06/16 | J | | |
| 129. -Kirby Corp (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 130. | | | | | Sold | 03/02/16 | J | A | |
| 131. -Kohls Inc (Common) | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 132. -Kroger Co (Common) | A | Dividend | | | Buy | 02/02/16 | J | | |
| 133. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 134. | | | | | Sold (part) | 07/11/16 | J | | |
| 135. | | | | | Sold | 10/04/16 | J | | |
| 136. -Laboratory Corp of America Holdings (Common) | A | Dividend | J | T | Buy | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 138.  -La-Z-Boy Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 139.  -Lam Research Corp (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 140.  -Lennar Corp (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 141. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 142.  -Lockheed Martin Corp (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 143. | | | | | Sold (part) | 05/13/16 | J | A | |
| 144.  -Marathon Petroleum Corp (Common) | A | Dividend | | | Buy | 02/02/16 | J | | |
| 145. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 146. | | | | | Sold | 04/05/16 | J | | |
| 147.  -McKesson Corp (Common) | A | Dividend | | | Buy | 01/08/16 | J | | |
| 148. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 149. | | | | | Sold (part) | 07/11/16 | J | A | |
| 150. | | | | | Sold | 10/04/16 | J | | |
| 151.  -Morgan Stanley (Common) | C | Dividend | M | T | | | | | |
| 152.  -NCR Corp (Common) | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 153.  -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/11/16 | J | A | |
| 155. -Omnicom Group (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 156. | | | | | Sold (part) | 07/11/16 | J | A | |
| 157. | | | | | Sold (part) | 09/22/16 | J | A | |
| 158. -Oshkosh Corp (Common) | | None | J | T | Buy | 12/06/16 | J | | |
| 159. -Owens Corning Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 160. -Pentair PLC (Common) | D | Dividend | M | T | | | | | |
| 161. -Pepsico Inc (Common) | A | Dividend | | | Buy | 01/13/16 | J | | |
| 162. | | | | | Sold | 04/05/16 | J | A | |
| 163. -Phillips 66 (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 164. | | | | | Sold (part) | 09/22/16 | J | A | |
| 165. -PIMCO Intermediate Municipal Bd Actv ETF | A | Dividend | | | Sold (part) | 04/12/16 | K | A | |
| 166. | | | | | Sold (part) | 07/11/16 | J | A | |
| 167. | | | | | Sold | 12/23/16 | J | | |
| 168. -PIMCO Short Term Municipal Bond Actv ETF | A | Dividend | | | Sold (part) | 05/13/16 | J | | |
| 169. | | | | | Sold (part) | 07/11/16 | J | | |
| 170. | | | | | Sold | 12/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -PowerShares Calif AMT-Free Muni Bd ETF | A | Dividend | | | Sold (part) | 07/11/16 | J | A | |
| 172. | | | | | Sold (part) | 10/11/16 | J | A | |
| 173. | | | | | Sold | 12/23/16 | J | A | |
| 174.  -PowerShares NY AMT-Free Muni Bond Portfolio ETF | A | Dividend | | | Buy | 03/08/16 | J | | |
| 175. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 176. | | | | | Sold (part) | 07/11/16 | J | A | |
| 177. | | | | | Sold | 12/23/16 | K | | |
| 178.  -PowerShares VRDO Tax-Free Weekly ETF | A | Dividend | | | Buy (add'l) | 04/12/16 | J | | |
| 179. | | | | | Sold (part) | 05/31/16 | J | | |
| 180. | | | | | Sold (part) | 06/14/16 | J | | |
| 181. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 182. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 183. | | | | | Sold | 12/23/16 | K | | |
| 184.  -PNC Financial Services (Common) | A | Dividend | | | Buy | 03/04/16 | J | | |
| 185. | | | | | Sold | 06/07/16 | J | A | |
| 186.  -Pulte Group Inc (Common) | | None | | | Buy | 10/04/16 | J | | |
| 187. | | | | | Sold | 12/06/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Reinsurance Group of America Inc (Common) | | None | J | T | Buy | 12/06/16 | J | | |
| 189. -Reliance Steel & Aluminum Co (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 190. | | | | | Sold (part) | 09/22/16 | J | B | |
| 191. -Ross Stores Inc (Common) (Y) | | | | | | | | | |
| 192. -Schlumbergr LTD (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 193. | | | | | Sold | 06/07/16 | J | B | |
| 194. -Sirona Dental Systems Inc (Common) | | | | | Merged (with line 54) | 02/29/16 | J | | |
| 195. -Snap-on Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 196. -SPDR Nuveen Barclays Municipal Bond ETF | A | Dividend | | | Sold | 12/23/16 | J | | |
| 197. -SPDR Nuveen Barclays New York Muni Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 198. | | | | | Sold (part) | 05/31/16 | J | | |
| 199. | | | | | Sold (part) | 07/11/16 | J | A | |
| 200. | | | | | Sold | 09/02/16 | J | A | |
| 201. -SPDR Nuveen Barclays Short Term Muni Bd ETF | A | Dividend | | | Sold (part) | 05/13/16 | J | A | |
| 202. | | | | | Sold (part) | 07/11/16 | J | A | |
| 203. | | | | | Sold | 12/23/16 | J | | |
| 204. -Standard Motor Products Co (Common) | | None | J | T | Buy | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Suntrust Banks Inc (Common) | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 206. | | | | | Sold (part) | 07/11/16 | J | A | |
| 207. | | | | | Sold (part) | 09/22/16 | J | A | |
| 208. -Sysco Corp (Common) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 209. -Target Corp (Common) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 210. | | | | | Sold (part) | 09/22/16 | J | | |
| 211. -TE Connectivity Ltd (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 212. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 213. -Teletech Holdings Inc (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 214. -Teradyne Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 215. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 216. -Tesoro Corp (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 217. | | | | | Sold (part) | 09/22/16 | J | | |
| 218. -Texas Instruments Inc (Common) | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 219. -Tiffany & Co (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 220. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 221. | | | | | Sold (part) | 09/22/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 10/04/16 | J | A | |
| 223. -Time Warner Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 224. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 225. -Towers Watson & Co (Common) | | | | | Merged (with line 261) | 01/05/16 | J | | |
| 226. -Travelers Cos Inc (Common) | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 227. -United Technologies Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 228. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 229. -Urban Outfitters, Inc (Common) | | None | J | T | Buy (add'l) | 01/08/16 | J | | |
| 230. | | | | | Sold (part) | 09/22/16 | J | A | |
| 231. -US Bancorp (Common) | A | Dividend | | | Buy | 04/05/16 | J | | |
| 232. | | | | | Sold (part) | 05/31/16 | J | A | |
| 233. | | | | | Sold | 09/07/16 | J | A | |
| 234. -Valero Energy Corp (Common) | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 235. | | | | | Sold | 09/22/16 | J | | |
| 236. | | | | | Buy | 12/06/16 | J | | |
| 237. -VanEck Vectors AMT-Free Short Municipal Index ETF | A | Dividend | | | Sold (part) | 07/11/16 | J | A | |
| 238. | | | | | Sold | 12/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -VanEck Vectors High-Yield Municipal ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 240. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 241. | | | | | Sold (part) | 05/10/16 | J | A | |
| 242. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 243. | | | | | Sold (part) | 07/11/16 | J | A | |
| 244. | | | | | Sold (part) | 12/14/16 | J | | |
| 245. | | | | | Sold | 12/23/16 | J | | |
| 246. -VanEck Vectors TR AMT-Free Intermediate Muni Index ETF | A | Dividend | | | Buy | 09/13/16 | J | | |
| 247. | | | | | Sold | 12/23/16 | J | | |
| 248. -Wal-Mart Stores Inc (Common) | A | Dividend | J | T | Buy | 04/05/16 | J | | |
| 249. | | | | | Sold (part) | 05/31/16 | J | A | |
| 250. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 251. | | | | | Sold (part) | 07/11/16 | J | A | |
| 252. -Walgreens Boots Alliance Inc (Common) | A | Dividend | J | T | Buy | 02/02/16 | J | | |
| 253. | | | | | Sold (part) | 07/11/16 | J | A | |
| 254. -The Walt Disney Co (Common) | | None | J | T | Buy | 12/23/16 | J | | |
| 255. -Wells Fargo Sweep Account | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Westlake Chemical Corp (Common) | A | Dividend | | | Buy (add'l) | 01/08/16 | J | | |
| 257. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 258. | | | | | Sold (part) | 09/22/16 | J | | |
| 259. | | | | | Sold | 12/06/16 | J | B | |
| 260. -Whirlpool Corp (Common) | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 261. -Willis Towers Watson PLC (Common) formerly Towers Watson & Co | A | Dividend | J | T | Buy (add'l) | 01/05/16 | J | | |
| 262. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 263. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 264. -WW Grainger Inc (Common) | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 265. | | | | | Sold (part) | 05/31/16 | J | A | |
| 266. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 267. | | | | | Sold (part) | 09/22/16 | J | A | |
| 268. -Wyndham Worldwide Corp (Common) | A | Dividend | J | T | Buy (add'l) | 06/14/16 | J | | |
| 269. | | | | | Sold (part) | 07/11/16 | J | A | |
| 270. S2 (H) | | | | | | | | | |
| 271. -AQR Small Cap Multi-Style Fund | B | Dividend | L | T | Buy | 02/25/16 | K | | |
| 272. -DFA International Small Cap Value Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -DFA International Value Fund | | None | | | Sold | 09/22/16 | K | A | |
| 274. -DFA US Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 275. -DFA US Large Cap Value Fund | B | Dividend | M | T | | | | | |
| 276. -DFA US Small Cap Growth Fund | | None | | | Sold | 02/25/16 | K | D | |
| 277. -DFA US Vector Equity Fund | A | Dividend | K | T | | | | | |
| 278. -Fidelity Government Cash Reserves | | Int./Div. | | T | | | | | |
| 279. -Goldman Sachs Rising Dividend Fund | A | Dividend | K | T | | | | | |
| 280. -Hennessy Cornerstone Mid Cap 30 Fund | A | Dividend | L | T | | | | | |
| 281. -JOHCM International Select Fund | | None | | | Sold | 09/22/16 | K | | |
| 282. -Matthews Asian Growth & Income Fund | A | Dividend | J | T | | | | | |
| 283. -Wells Fargo Sweep Account | A | Interest | J | T | Buy | 09/22/16 | J | | |
| 284. IRA 1 (H) | | | | | | | | | |
| 285. -American Funds New Perspective Fund | C | Dividend | L | T | | | | | |
| 286. -AQR Small Cap Multi#Style Fund | B | Dividend | L | T | Buy | 02/25/16 | L | | |
| 287. -DFA Emerging Mkt Core Equity Fund | A | Dividend | L | T | | | | | |
| 288. -DFA International Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 289. -DFA International Value Fund | B | Dividend | M | T | Buy | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 291. -DFA US Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 292. -DFA US Large Cap Value Fund | A | Dividend | K | T | | | | | |
| 293. -DFA US Small Cap Growth Fund | | None | | | Sold | 02/25/16 | K | | |
| 294. -DFA US Vector Equity Fund | C | Dividend | M | T | | | | | |
| 295. -Fidelity Government Cash Reserves | | Int./Div. | | | | | | | |
| 296. -Goldman Sachs Rising Dividend Gr Instl Fund | A | Dividend | K | T | | | | | |
| 297. -Hodges Small Intrinsic Value Ret Fund | | None | | | Buy | 02/09/16 | J | | |
| 298. | | | | | Sold | 12/30/16 | J | B | |
| 299. -JPMorgan Intrepid European Inst Fund | B | Dividend | K | T | | | | | |
| 300. -Matthews Asian Growth & Income Fund | B | Dividend | K | T | | | | | |
| 301. -Wells Fargo Sweep Acct | A | Interest | K | T | Buy | 09/22/16 | J | | |
| 302. IRA 2 (H) | | | | | | | | | |
| 303. -American Funds New Perspective Fund | A | Dividend | | | Sold | 12/23/16 | K | | |
| 304. -DFA International Value Fund | A | Dividend | | | Sold | 12/23/16 | J | B | |
| 305. -Guggenheim S&P 500 Equal Weight ETF | | None | L | T | Buy | 12/28/16 | L | | |
| 306. -Matthews Asian Growth & Income Fund | A | Dividend | | | Sold | 12/23/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Wells Fargo Sweep Acct | A | Interest | J | T | Buy | 09/22/16 | L | | |
| 308. FR 1 (H) | | | | | | | | | |
| 309. -3M Corp (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | B | |
| 310. -Aarons Inc (Common) | A | Dividend | | | Sold | 03/02/16 | J | | |
| 311. -Ace Limited (Common) | A | Dividend | | | Merged (with line 397) | 01/19/16 | J | | |
| 312. -Adient Inc (Common) | | None | J | T | Buy | 11/1/16 | J | | |
| 313. -Aetna (Common) | A | Dividend | J | T | | | | | |
| 314. -Affliated Managers (Common) | | None | | | Buy | 04/06/16 | J | | |
| 315. | | | | | Sold | 09/23/16 | J | | |
| 316. -AFLAC Inc (Common) | A | Dividend | J | T | Buy | 01/05/16 | J | | |
| 317. -Agilent Tech Inc (Common) | | None | J | T | Buy | 11/02/16 | J | | |
| 318. -AGNC Investment Corp (Common) | A | Dividend | J | T | Buy | 07/13/16 | J | | |
| 319. -Air Products & Chemicals (Common) | A | Dividend | | | Buy | 06/13/16 | J | | |
| 320. | | | | | Sold (part) | 10/11/16 | K | | |
| 321. | | | | | Sold | 10/12/16 | J | A | |
| 322. -Allergan, Inc (Common) | | None | | | Sold | 05/03/16 | J | | |
| 323. -Alliant Energy Corp (Common) | A | Dividend | K | T | Sold | 05/04/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy | 12/23/16 | K | | |
| 325. -Altria Group Inc (Common) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 326. | | | | | Sold (part) | 07/07/16 | J | A | |
| 327. -American Electric Power Inc (Common) | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 328. -American Express Co (Common) | | None | K | T | Buy | 12/23/16 | K | | |
| 329. -American International Group (Common) | A | Dividend | | | Sold (part) | 04/11/16 | J | | |
| 330. | | | | | Sold | 04/13/16 | J | C | |
| 331. -American Tower Corp (Common) | | None | | | Sold | 09/07/16 | J | C | |
| 332. -American Woodmark Corp (Common) | | None | | | Buy | 01/06/16 | J | | |
| 333. | | | | | Sold | 11/02/16 | J | | |
| 334. -Analog Devices Inc (Common) | A | Dividend | J | T | Buy | 09/23/16 | J | | |
| 335. -Analogic Corp (Common) | A | Dividend | J | T | | | | | |
| 336. -Anika Therapeutics Inc (Common) | | None | | | Buy | 10/05/16 | J | | |
| 337. | | | | | Sold | 11/06/16 | J | | |
| 338. -Aon PLC (Common) | A | Dividend | J | T | Buy (add'l) | 04/11/16 | K | | |
| 339. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 340. | | | | | Sold (part) | 07/07/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 08/08/16 | K | B | |
| 342. | | | | | Sold (part) | 08/10/16 | J | A | |
| 343.  -Apache Corp (Common) | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 344. | | | | | Sold (part) | 06/14/16 | J | | |
| 345. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 346.  -Apartment Investment & Management Co (Common) | A | Dividend | K | T | Sold (part) | 07/07/16 | J | A | |
| 347.  -Apogee Enterprises Inc (Common) | | None | J | T | Buy | 11/02/16 | J | | |
| 348.  -Apple Inc (Common) | A | Dividend | K | T | | | | | |
| 349.  -Applied Material Inc (Common) | A | Dividend | J | T | Buy | 04/16/16 | J | | |
| 350. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 351.  -Assurant Inc (Common) | A | Dividend | K | T | Buy | 10/11/16 | J | | |
| 352.  -Astronics Corp (Common) | | None | K | T | Buy | 03/03/16 | J | | |
| 353.  -Autozone, Inc (Common) | | None | K | T | Buy | 08/08/16 | K | | |
| 354.  -Avalon Bay Communities REIT Inc (Common) | A | Dividend | | | Buy | 01/12/16 | K | | |
| 355. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 356. | | | | | Sold (part) | 10/11/16 | K | | |
| 357. | | | | | Sold | 10/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Ball Corp (Common) | A | Dividend | | | Buy | 11/07/16 | K | | |
| 359. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 360. | | | | | Sold (part) | 12/15/16 | K | | |
| 361. | | | | | Sold | 12/16/16 | J | | |
| 362.  -Bank of America Corp (Common) | A | Dividend | | | Sold | 06/14/16 | K | B | |
| 363.  -Bank of New York Mellon Corp (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | A | |
| 364.  -Beckton Dickinson & Co (Common) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | A | |
| 365.  -Bed Bath & Beyond Inc (Common) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 366.  -Berkshire Hathaway Inc Series B (Common) | | None | K | T | Buy | 12/16/16 | K | | |
| 367.  -Big Lots Inc (Common) | A | Dividend | J | T | | | | | |
| 368.  -Biogen Idec Inc (Common) | | None | J | T | | | | | |
| 369.  -Boeing Co (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | | |
| 370.  -Brady Corp (Common) | | None | J | T | Buy | 12/07/16 | J | | |
| 371.  -Broadcom LTD (Common) | A | Dividend | | | Buy | 04/06/16 | J | | |
| 372. | | | | | Sold | 10/05/16 | J | A | |
| 373.  -CadenceDesign Systems (Common) | | None | J | T | | | | | |
| 374.  -Calamos Market Neutral Inc (Common) | A | Dividend | | | Buy | 05/10/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 376. | | | | | Sold (part) | 08/10/16 | J | A | |
| 377. | | | | | Sold (part) | 09/13/16 | J | A | |
| 378. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 379. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 380. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 381. | | | | | Sold | 12/23/16 | K | | |
| 382. -Cambrex Corp (Common) | | None | | | Buy | 03/02/16 | J | | |
| 383. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 384. | | | | | Sold (part) | 07/07/16 | J | A | |
| 385. | | | | | Sold | 11/02/16 | J | | |
| 386. -Capella Education Co (Common) | | None | J | T | Buy | 11/09/16 | J | | |
| 387. -Cardinal Health Inc (Common) | A | Dividend | K | T | | | | | |
| 388. -Casey's General Stores Inc (Common) | A | Dividend | J | T | | | | | |
| 389. -Cato Corp (Common) | A | Dividend | | | Sold | 12/07/16 | J | | |
| 390. -Celanese Corp (Common) | A | Dividend | J | T | | | | | |
| 391. -Centene Corp (Common) | | None | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Centurylink Inc (Common) | A | Dividend | | | Buy | 04/05/16 | J | | |
| 393. | | | | | Sold | 06/14/16 | J | | |
| 394. -Cerner Corp (Common) | | None | J | T | | | | | |
| 395. -Chemed Corp (Common) | A | Dividend | J | T | | | | | |
| 396. -The Children's Place (Common) | | None | J | T | Buy | 11/02/16 | J | | |
| 397. -The Chubb Corporation (Common) | A | Dividend | | | Sold (part) | 11/07/16 | K | C | |
| 398. | | | | | Sold | 11/09/16 | J | B | |
| 399. -Cigna Corp (Common) | | None | | | Sold | 10/04/16 | J | | |
| 400. -Cincinnati Financial Corp (Common) | A | Dividend | K | T | Buy | 09/12/16 | K | | |
| 401. -Cintas Corp (Common) | A | Dividend | J | T | Buy (add'l) | 12/23/16 | K | | |
| 402. -Cirrus Logic Inc (Common) | | None | | | Sold | 01/06/16 | J | A | |
| 403. -Cisco Systems Inc (Common) | | None | K | T | Buy | 12/23/16 | K | | |
| 404. -Claymore Guggenheim Bullet ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 405. | | | | | Sold | 05/10/16 | J | A | |
| 406. -Cognizant Technology Solutions Corp (Common) | | None | | | Sold | 11/02/16 | J | | |
| 407. -Coherent Inc (Common) | | None | J | T | | | | | |
| 408. -Comcast Corp (Common) | A | Dividend | | | Sold (part) | 07/07/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Sold | 12/07/16 | J | A | |
| 410. -Conagra Foods Inc (Common) (Y) | | | | | | | | | |
| 411. -Constellation Brands (Common) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 412. | | | | | Sold (part) | 07/07/16 | J | A | |
| 413. -Coresite Reality Corp (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 414. -Crane Corp (Common) | A | Dividend | J | T | | | | | |
| 415. -Cubesmart (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 416. -Cummins Inc (Common) | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 417. | | | | | Sold (part) | 06/14/16 | J | C | |
| 418. -CVS/Caremark Corp (Common) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | C | |
| 419. | | | | | Sold (part) | 09/19/16 | J | | |
| 420. | | | | | Sold (part) | 09/23/16 | J | A | |
| 421. -Danaher Corp (Common) | A | Dividend | K | T | | | | | |
| 422. -Deckers Outdoor Corp (Common) | | None | | | Sold | 11/02/16 | J | | |
| 423. -Deere & Co (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | B | |
| 424. -Delphi Automotive PLC (Common) | A | Dividend | | | Sold (part) | 03/07/16 | K | | |
| 425. | | | | | Sold | 03/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Delta Airlines (Common) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 427. | | | | | Sold | 04/06/16 | J | | |
| 428. | | | | | Buy | 10/05/16 | J | | |
| 429. -Dentsply Sirona Inc (Common) formerly Sirona Dental Systems Inc | A | Dividend | | | Sold | 10/05/16 | J | A | |
| 430. -Dick's Sporting Goods Inc (Common) | | None | | | Sold | 01/06/16 | J | | |
| 431. -Discover Financial (Common) | A | Dividend | J | T | Buy | 04/06/16 | J | | |
| 432. | | | | | Sold (part) | 07/07/16 | J | A | |
| 433. -Dollar General Corp (Common) | A | Dividend | K | T | | | | | |
| 434. -Dow Chemical Co (Common) | A | Dividend | J | T | Buy (add'l) | 05/04/16 | J | | |
| 435. | | | | | Sold (part) | 06/14/16 | K | | |
| 436. -DR Horton Inc (Common) | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 437. | | | | | Sold | 04/06/16 | J | A | |
| 438. | | | | | Buy | 05/04/16 | J | | |
| 439. | | | | | Sold (part) | 07/07/16 | J | A | |
| 440. -Dycom Industries Inc (Common) | A | Dividend | J | T | Buy | 10/04/16 | J | | |
| 441. -Ecolab Inc (Common) | A | Dividend | | | Sold (part) | 11/07/16 | K | A | |
| 442. | | | | | Sold | 11/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 71

Name of Person Reporting

CLELAND, ROBERT H.

Date of Report

02/03/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Edison International (Common) | A | Dividend | K | T | Buy (add'l) | 02/08/16 | K | | |
| 444. | | | | | Sold (part) | 06/14/16 | K | B | |
| 445. -Electronic Arts Inc (Common) | | None | J | T | | | | | |
| 446. -Empire State Realty Tr Inc (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 447. -EOG Resources Inc (Common) | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 448. -EPR Properties (Common) | A | Dividend | J | T | Buy | 08/10/16 | J | | |
| 449. -Equifax Inc (Common) | A | Dividend | K | T | | | | | |
| 450. -Expeditors Internatinal of Washington Inc (Common) | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 451. -F5 Networks Inc (Common) | | None | J | T | | | | | |
| 452. -FEI Co (Common) | A | Dividend | | | Sold | 05/04/16 | J | A | |
| 453. -First Industrial Realty Trust Inc (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 454. -Fleetcor Technologies Inc (Common) | | None | J | T | | | | | |
| 455. -Flexshares iBoxx 3YR ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 456. | | | | | Sold (part) | 05/10/16 | J | A | |
| 457. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 458. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 459. | | | | | Sold | 09/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 71

**Name of Person Reporting**

CLELAND, ROBERT H.

**Date of Report**

02/03/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Foot Locker Inc (Common) | A | Dividend | | | Sold (part) | 06/14/16 | J | | |
| 461. | | | | | Sold | 07/07/16 | J | | |
| 462. -Fortive Corp (Common)(X) | A | Dividend | J | T | | | | | |
| 463. -General Dynamics Corp (Common) | | None | | | Buy | 02/05/16 | J | | |
| 464. | | | | | Sold | 03/02/16 | J | A | |
| 465. -General Electric Co (Common) | A | Dividend | | | Sold (part) | 05/09/16 | J | C | |
| 466. | | | | | Sold | 05/11/16 | J | B | |
| 467. -General Motors Co (Common) | | None | | | Buy | 10/04/16 | J | | |
| 468. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 469. | | | | | Sold | 11/18/16 | J | A | |
| 470. -Genuine Parts Co (Common) | A | Dividend | J | T | Buy | 12/23/16 | J | | |
| 471. -Gilead Sciences Inc (Common) | A | Dividend | | | Buy (add'l) | 04/06/16 | J | | |
| 472. | | | | | Sold (part) | 06/14/16 | J | | |
| 473. | | | | | Sold | 12/07/16 | J | | |
| 474. -Global X MSCI Norway ETF | | None | | | Sold (part) | 09/14/16 | J | A | |
| 475. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 476. | | | | | Sold | 11/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -GNC Holdings Inc (Common) | A | Dividend | | | Buy | 01/06/16 | J | | |
| 478. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 479. | | | | | Sold | 10/20/16 | J | | |
| 480. -Goldman Sachs Group Inc (Common) | A | Dividend | | | Sold | 06/14/16 | J | | |
| 481. -Google Inc (Common) | | None | J | T | | | | | |
| 482. -WW Grainger Inc (Common) | A | Dividend | J | T | Buy | 05/04/16 | J | | |
| 483. -Greatbatch Inc (Common) | | None | | | Buy | 02/05/16 | J | | |
| 484. | | | | | Sold | 03/02/16 | J | | |
| 485. -Guggenhein Bulletshares 2019 ETF | | None | | | Buy | 12/13/16 | J | | |
| 486. | | | | | Sold | 12/23/16 | J | | |
| 487. -Guggenhein Bulletshares 2021 ETF | A | Dividend | | | Buy | 10/11/16 | K | | |
| 488. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 489. | | | | | Sold | 12/23/16 | K | | |
| 490. -Guggenhein Bulletshares 2022 ETF | A | Dividend | | | Buy | 10/11/16 | J | | |
| 491. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 492. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 493. | | | | | Sold | 12/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Guggenheim Enhanced Short Duration ETF | A | Dividend | | | Buy | 07/12/16 | J | | |
| 495. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 496. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 497. | | | | | Sold (part) | 11/08/16 | K | A | |
| 498. | | | | | Sold (part) | 12/13/16 | J | | |
| 499. | | | | | Sold | 12/23/16 | J | A | |
| 500. -Halliburton Co (Common) | A | Dividend | K | T | Sold | 05/04/16 | J | | |
| 501. | | | | | Buy | 11/07/16 | K | | |
| 502. -Harley Davidson Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 503. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 504. -Harman International Industries Inc (Common) | A | Dividend | | | Sold | 03/02/16 | J | | |
| 505. -Harris Corp (Common) | | | | | Sold | 01/06/16 | J | B | |
| 506. -The Hartford Financial Services Group Inc (Common) | A | Dividend | | | Sold (part) | 03/07/16 | K | | |
| 507. | | | | | Sold | 03/19/16 | J | | |
| 508. -Hasbro Inc (Common) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 509. | | | | | Sold (part) | 07/07/16 | J | A | |
| 510. -HCA Holdings Inc (Common) | | None | | | Buy | 06/07/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 11/01/16 | J | | |
| 512. -Healthsouth Corp (Common) | A | Dividend | J | T | Buy | 05/03/16 | J | | |
| 513. -Helen Of Troy Ltd (Common) | | | | | Sold | 10/05/16 | J | | |
| 514. -Hersha Hospitality Trust (Common) | | None | | | Buy | 07/07/16 | J | | |
| 515. | | | | | Sold | 07/13/16 | J | A | |
| 516. -Hibbert Sports, Inc (Common) | | None | J | T | Buy | 02/05/16 | J | | |
| 517. -Home Depot Inc (Common) | A | Dividend | K | T | Sold (part) | 06/14/16 | J | A | |
| 518. -Honeywell International Inc (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | B | |
| 519. -Huntington Bancshares (Common) | | | | | Sold | 03/01/16 | J | | |
| 520. -ICU Med Inc (Common) | | None | | | Buy | 01/06/16 | J | | |
| 521. | | | | | Sold | 11/02/16 | J | B | |
| 522. -Illinois Tool Works Inc (Common) | A | Dividend | K | T | Sold (part) | 06/14/16 | J | B | |
| 523. -Ingersoll-Rand PLC (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 524. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 525. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 526. -Ingredion Incorporated (Common) | | None | J | T | Buy | 12/07/16 | K | | |
| 527. -Innospec Inc (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -Intel Corp (Common) | A | Dividend | J | T | Buy | 05/05/16 | J | | |
| 529. | | | | | Sold (part) | 07/07/16 | J | A | |
| 530. -Intercontinental Exchange Inc (Common) | A | Dividend | J | T | | | | | |
| 531. -The Interpublic Group of Companies Inc (Common) | A | Dividend | | | Sold (part) | 10/11/16 | K | C | |
| 532. | | | | | Sold | 10/12/16 | J | B | |
| 533. -Investors Bancorp (Common) | A | Distribution | J | T | | | | | |
| 534. -IPG Photonics Corp (Common) | | None | | | Sold | 06/07/16 | J | B | |
| 535. -iShares 1-3 Year Credit Bond ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 536. | | | | | Sold | 02/09/16 | J | A | |
| 537. | | | | | Buy | 07/12/16 | J | | |
| 538. | | | | | Sold | 08/10/16 | J | A | |
| 539. -iShares 3-7 Year Treasury Bond ETF | A | Dividend | | | Buy | 07/12/16 | K | | |
| 540. | | | | | Sold | 08/10/16 | K | | |
| 541. | | | | | Buy | 09/13/16 | K | | |
| 542. | | | | | Sold (part) | 10/11/16 | J | | |
| 543. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 544. | | | | | Sold | 12/23/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -iShares 10+ Year Credit Bond ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | A | |
| 546. | | | | | Sold (part) | 03/08/16 | K | A | |
| 547. | | | | | Sold (part) | 04/12/16 | J | A | |
| 548. | | | | | Sold | 05/10/16 | J | A | |
| 549.  -iShares 10-20 Year Treasury Bond ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | A | |
| 550. | | | | | Sold (part) | 03/08/16 | J | | |
| 551. | | | | | Sold (part) | 04/12/16 | J | | |
| 552. | | | | | Sold (part) | 06/14/16 | K | A | |
| 553. | | | | | Sold | 12/23/16 | K | | |
| 554.  -iShares 20+ Year Treasury Bond ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 555. | | | | | Sold | 05/04/16 | J | | |
| 556.  -iShares Agency Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 557. | | | | | Sold (part) | 08/10/16 | J | A | |
| 558. | | | | | Sold | 09/13/16 | K | A | |
| 559.  -iShares Barclays 1-3 Year Treasury Bond ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | | |
| 560. | | | | | Sold (part) | 04/12/16 | K | | |
| 561. | | | | | Sold | 05/10/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. –iShares Barclays 7-10 Year Treasury Bond ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 563. | | | | | Sold (part) | 03/08/16 | J | A | |
| 564. | | | | | Sold (part) | 04/12/16 | J | A | |
| 565. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 566. | | | | | Sold (part) | 06/14/16 | J | A | |
| 567. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 568. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 569. | | | | | Sold | 12/23/16 | K | | |
| 570. –iShares Core U.S. Aggregate Bond ETF | A | Dividend | | | Buy | 05/10/16 | K | | |
| 571. | | | | | Sold (part) | 06/14/16 | J | A | |
| 572. | | | | | Sold (part) | 07/12/16 | K | A | |
| 573. | | | | | Buy (add'l) | 08/10/16 | K | | |
| 574. | | | | | Sold | 12/13/16 | K | | |
| 575. –iShares Europe ETF | A | Dividend | | | Buy | 01/14/16 | J | | |
| 576. | | | | | Sold | 07/13/16 | J | A | |
| 577. –iShares Floating Rate Bond ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 578. | | | | | Sold | 02/09/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

| Name of Person Reporting | Date of Report |
|---|---|

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy | 10/11/16 | J | | |
| 580. | | | | | Sold | 12/13/16 | J | A | |
| 581.  -iShares Government/Credit Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 582. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 583. | | | | | Sold (part) | 07/12/16 | K | A | |
| 584. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 585. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 586. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 587. | | | | | Sold (part) | 12/13/16 | J | | |
| 588. | | | | | Sold | 12/23/16 | K | | |
| 589.  -iShares iBoxx & Investment ETF | A | Dividend | | | Buy | 02/08/16 | J | | |
| 590. | | | | | Sold (part) | 03/08/16 | J | A | |
| 591. | | | | | Sold (part) | 05/10/16 | K | | |
| 592. | | | | | Sold (part) | 06/14/16 | K | A | |
| 593. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 594. | | | | | Sold (part) | 08/10/16 | K | A | |
| 595. | | | | | Buy (add'l) | 09/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 10/11/16 | K | | |
| 597. -iShares Intermediate Credit Bond ETF | A | Dividend | | | Buy | 06/14/16 | J | | |
| 598. | | | | | Sold | 07/12/16 | J | A | |
| 599. | | | | | Buy | 08/10/16 | J | | |
| 600. | | | | | Sold | 09/13/16 | J | | |
| 601. -iShares Intermediate Government/Credit Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 602. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 603. | | | | | Sold | 07/12/16 | K | A | |
| 604. -iShares Italy Capped ETF | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 605. | | | | | Sold (part) | 11/09/16 | J | A | |
| 606. -iShares J.P. Morgan USD Emerging Markets Bond ETF | A | Dividend | | | Buy | 09/13/16 | K | | |
| 607. | | | | | Sold (part) | 11/08/16 | K | | |
| 608. | | | | | Sold | 12/13/16 | K | | |
| 609. -iShares Lehman 10-20 Year Treasury Bond ETF | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 610. | | | | | Sold (part) | 01/13/16 | J | A | |
| 611. | | | | | Sold (part) | 03/08/16 | J | | |
| 612. | | | | | Sold (part) | 04/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 614. | | | | | Sold (part) | 06/14/16 | K | A | |
| 615. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 616. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 617. | | | | | Sold | 12/23/16 | K | | |
| 618.  -iShares MBS ETF | A | Dividend | | | Buy | 04/12/16 | K | | |
| 619. | | | | | Sold | 05/10/16 | K | A | |
| 620.  -iShares MSCI Australia ETF | A | Dividend | K | T | Buy | 02/11/16 | J | | |
| 621. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 622. | | | | | Sold (part) | 09/14/16 | J | A | |
| 623. | | | | | Sold (part) | 12/16/16 | J | A | |
| 624.  -iShares MSCI Belgium Capped ETF | | None | | | Buy | 09/14/16 | J | | |
| 625. | | | | | Sold | 10/12/16 | J | A | |
| 626.  -iShares MSCI Canada ETF | | None | | | Buy | 01/14/16 | J | | |
| 627. | | | | | Sold | 02/11/16 | J | A | |
| 628.  -iShares MSCI EAFE ETF | A | Dividend | K | T | Sold (part) | 03/09/16 | K | | |
| 629. | | | | | Sold (part) | 07/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 09/14/16 | K | | |
| 631. | | | | | Sold (part) | 10/12/16 | J | | |
| 632. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 633. -iShares MSCI EAFE Value ETF | B | Dividend | K | T | Sold (part) | 03/09/16 | J | | |
| 634. | | | | | Sold (part) | 08/10/16 | J | | |
| 635. | | | | | Sold (part) | 11/09/16 | J | A | |
| 636. | | | | | Sold (part) | 12/07/16 | J | A | |
| 637. -iShares MSCI Emerging Market ETF | A | Dividend | K | T | Buy | 03/09/16 | K | | |
| 638. -iShares MSCI France ETF | A | Dividend | K | T | Buy | 07/13/16 | K | | |
| 639. | | | | | Sold | 09/14/16 | K | A | |
| 640. | | | | | Buy | 10/12/16 | J | | |
| 641. | | | | | Sold (part) | 12/16/16 | J | A | |
| 642. -iShares MSCI Germany ETF | | None | | | Buy | 09/14/16 | J | | |
| 643. | | | | | Sold | 10/12/16 | J | | |
| 644. -iShares MSCI Hong Kong ETF | A | Dividend | K | T | Buy | 02/11/16 | J | | |
| 645. | | | | | Sold | 04/13/16 | J | A | |
| 646. | | | | | Buy | 07/13/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold | 08/10/16 | J | A | |
| 648. | | | | | Buy | 09/14/16 | K | | |
| 649. | | | | | Sold | 10/12/16 | K | A | |
| 650. | | | | | Buy | 11/09/16 | J | | |
| 651. | | | | | Buy | 12/16/16 | J | | |
| 652.  -iShares MSCI Italy ETF | | None | | | Buy | 02/11/16 | J | | |
| 653. | | | | | Sold | 03/09/16 | J | A | |
| 654.  -iShares MSCI Italy Capped EFT | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 655. | | | | | Sold | 11/09/16 | J | A | |
| 656. | | | | | Buy | 12/16/16 | J | | |
| 657.  -iShares MSCI Japan ETF | | None | | | Buy | 09/14/16 | K | | |
| 658. | | | | | Sold | 10/12/16 | K | A | |
| 659.  -iShares MSCI Singapore ETF | A | Dividend | J | T | Buy (add'l) | 12/12/16 | J | | |
| 660.  -iShares MSCI Spain Capped ETF | A | Dividend | J | T | Buy (add'l) | 03/09/16 | J | | |
| 661. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 662. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 663. | | | | | Sold (part) | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**CLELAND, ROBERT H.**

02/03/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -iShares MSCI Sweden Capped ETF | A | Dividend | | | Sold | 01/14/16 | K | | |
| 665. -iShares MSCI Switzerland Capped ETF | A | Dividend | | | Buy | 02/11/16 | J | | |
| 666. | | | | | Buy (add'l) | 03/09/16 | J | | |
| 667. | | | | | Sold (part) | 05/11/16 | J | A | |
| 668. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 669. | | | | | Sold | 07/13/16 | J | A | |
| 670. | | | | | Buy (add'l) | 09/14/16 | J | | |
| 671. | | | | | Sold | 10/12/16 | J | | |
| 672. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 673. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 674. | | | | | Sold | 12/16/16 | K | | |
| 675. -iShares MSCI United Kingdom ETF | A | Dividend | K | T | Sold (part) | 03/09/16 | J | | |
| 676. | | | | | Buy (add'l) | 05/11/16 | J | | |
| 677. | | | | | Sold | 09/14/16 | K | | |
| 678. | | | | | Buy | 12/16/16 | K | | |
| 679. -iShares Short Treasury Bond ETF | A | Dividend | | | Buy | 01/13/16 | K | | |
| 680. | | | | | Buy (add'l) | 03/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 04/12/16 | K | | |
| 682. | | | | | Sold | 05/10/16 | K | A | |
| 683. -iShares TR MSCI United Kingdom ETF | A | Dividend | | | Buy | 06/08/16 | J | | |
| 684. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 685. | | | | | Sold | 11/09/16 | K | | |
| 686. -iShares U.S. Credit Bond ETF | A | Dividend | | | Sold | 01/13/16 | J | A | |
| 687. | | | | | Buy | 03/08/16 | J | | |
| 688. | | | | | Sold (part) | 04/12/16 | J | A | |
| 689. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 690. | | | | | Sold (part) | 07/12/16 | K | A | |
| 691. | | | | | Buy (add'l) | 08/10/16 | K | | |
| 692. | | | | | Sold | 09/13/16 | K | | |
| 693. -ITT Inc (Common) | A | Dividend | | | Sold | 12/28/16 | K | | |
| 694. -Johnson & Johnson (Common) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | D | |
| 695. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 696. -Johnson Controls Inc (Common) | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 697. | | | | | Sold (part) | 09/06/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Jones Lang LaSalle Inc (Common) | A | Dividend | | | Sold | 12/07/16 | J | | |
| 699. -JP Morgan Chase & Co (Common) | A | Dividend | | | Sold | 04/05/16 | J | | |
| 700. -Jupiter Networks Inc (Common) | A | Dividend | J | T | | | | | |
| 701. -Kellogg Co (Common) | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 702. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 703. -Kimco Realty Corp REIT (Common) | A | Dividend | | | Buy | 04/11/16 | K | | |
| 704. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 705. | | | | | Sold (part) | 07/07/16 | J | A | |
| 706. | | | | | Sold (part) | 11/07/16 | K | | |
| 707. | | | | | Sold | 11/09/16 | J | | |
| 708. -Kroger Co (Common) | A | Dividend | | | Sold (part) | 06/14/16 | J | | |
| 709. | | | | | Sold | 10/15/16 | J | D | |
| 710. -L-3 Communications Holdings (Common) | A | Dividend | K | T | Buy | 10/11/16 | K | | |
| 711. -Laboratory Corp of America Holdings (Common) | | None | J | T | | | | | |
| 712. -Lamar Advertising Co (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 713. -Lear Corp (Common) | A | Dividend | J | T | | | | | |
| 714. -Leggett & Platt Inc (Common) | A | Dividend | | | Sold (part) | 11/07/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold | 11/09/16 | J | A | |
| 716. -Lennar Corp (Common) | A | Dividend | J | T | | | | | |
| 717. -Leucadia National Corp (Common) | A | Dividend | K | T | Buy | 10/11/16 | K | | |
| 718. -Life Storage Inc (Common) | A | Dividend | | | Buy | 07/07/16 | J | | |
| 719. | | | | | Sold | 12/16/16 | J | | |
| 720. -Linear Technology Corp (Common) | A | Dividend | K | T | Buy | 11/07/16 | K | | |
| 721. -Lockheed Martin Corp (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | | |
| 722. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 723. -Lyondellbasell Industries (Common) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | D | |
| 724. -M&T Bank Corp (Common) | | None | | | Sold (part) | 01/12/16 | K | | |
| 725. | | | | | Sold | 01/14/16 | J | | |
| 726. -Mack Cali Realty Corp (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 727. -Marathon Petroleum Corp (Common) | A | Dividend | | | Sold | 04/05/16 | J | | |
| 728. -Marsh & McLennan Companies Inc (Common) | A | Dividend | K | T | | | | | |
| 729. -Mastercard Inc (Common) | | None | J | T | Buy | 12/07/16 | J | | |
| 730. -Matthews International Corp (Common) | | None | | | Buy | 09/09/16 | J | | |
| 731. | | | | | Sold | 11/02/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -McCormick & Co Inc (Common) | A | Dividend | K | T | | | | | |
| 733. -McDonalds Corp (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 734. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 735. -McKesson Corp (Common) | A | Dividend | | | Sold (part) | 07/07/16 | J | | |
| 736. | | | | | Sold | 10/05/16 | J | | |
| 737. -Medtronics PLC (Common) | A | Dividend | K | T | Buy | 09/19/16 | K | | |
| 738. -Merck & Co Inc (Common) | A | Dividend | | | Sold | 06/14/16 | J | A | |
| 739. -Mettler-Toledo International Inc (Common) | | None | | | Sold | 05/04/16 | J | B | |
| 740. -MGIC Investment Corp(Common) | | None | | | Sold | 03/02/16 | J | | |
| 741. -Microsoft Corp (Common) | A | Dividend | | | Sold | 06/15/16 | K | | |
| 742. -Microstrategy Inc (Common) | | None | J | T | Buy | 05/04/16 | J | | |
| 743. -Mid-America Apt Communities REIT Inc (Common) | | None | J | T | Buy | 07/07/16 | J | | |
| 744. -Minerals Technologies Inc (Common) | | None | | | Sold | 02/05/16 | J | | |
| 745. -MKS Instruments Inc (Common) | A | Dividend | J | T | | | | | |
| 746. -Molson Coors Brewing Co (Common) | A | Dividend | K | T | Sold (part) | 07/07/16 | J | A | |
| 747. -MSC Industrial Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 748. | | | | | Buy (add'l) | 12/23/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -NCR Corp (Common) | | None | J | T | Buy | 05/04/16 | J | | |
| 750. | | | | | Sold (part) | 07/07/16 | J | A | |
| 751. -Netgear Inc (Common) | | None | J | T | Buy | 05/04/16 | J | | |
| 752. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 753. -Neustar Inc (Common) | | None | | | Sold | 06/07/16 | J | | |
| 754. -New Residential Investment Corp (Common) | | None | J | T | Buy | 12/16/16 | J | | |
| 755. -NextEra Energy Inc (Common) | A | Dividend | | | Buy (add'l) | 03/02/16 | J | | |
| 756. | | | | | Sold (part) | 07/13/16 | K | D | |
| 757. | | | | | Sold | 12/07/16 | J | A | |
| 758. -Nike Inc (Common) | | None | J | T | Buy | 10/05/16 | J | | |
| 759. -Nordson Corp (Common) | A | Dividend | K | T | Sold | 05/04/16 | J | A | |
| 760. | | | | | Buy | 06/14/16 | J | | |
| 761. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 762. -Nordstrom Inc (Common) | | None | | | Sold | 01/05/16 | J | | |
| 763. -Northern Trust Corp (Common) | A | Dividend | | | Sold | 02/05/16 | J | | |
| 764. -Northrop Grumman Corp (Common) | A | Dividend | J | T | Buy (add'l) | 05/04/16 | J | | |
| 765. | | | | | Sold (part) | 06/14/16 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

CLELAND, ROBERT H.

02/03/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -NVR Inc (Common) | | None | | | Sold (part) | 07/07/16 | J | | |
| 767. | | | | | Sold | 12/07/16 | J | A | |
| 768. -Old Dominion Freight Lines Inc (Common) | | None | | | Sold | 02/05/16 | J | | |
| 769. -Omnicom Group Inc (Common) | A | Dividend | J | T | Buy (add'l) | 05/04/16 | J | | |
| 770. | | | | | Sold (part) | 06/14/16 | J | B | |
| 771. -Oracle Corp (Common) | A | Dividend | | | Sold | 06/14/16 | J | | |
| 772. -Oshkosh Corp (Common) | | None | J | T | Buy | 12/16/16 | J | | |
| 773. -OSI Systems Inc (Common) | | None | | | Sold | 05/04/16 | J | | |
| 774. -Outerwall Inc (Common) | | None | | | Sold | 02/05/16 | J | | |
| 775. -Paccar Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 776. | | | | | Buy | 12/23/16 | K | | |
| 777. -Packaging Corp of America (Common) | A | Dividend | K | T | Sold | 03/02/16 | J | | |
| 778. | | | | | Buy | 06/14/16 | J | | |
| 779. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 780. -Parexel International Corp (Common) | | None | | | Buy | 03/01/16 | J | | |
| 781. | | | | | Sold | 11/01/16 | J | | |
| 782. -Parker-Hannifin Corp (Common) | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 784. -Pentair PLC (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 785. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 786. -People's United Finance (Common) | | None | J | T | Buy | 11/01/16 | J | | |
| 787. -Pepsico Inc (Common) | A | Dividend | K | T | Buy (add'l) | 01/05/16 | J | | |
| 788. | | | | | Sold (part) | 04/05/16 | J | A | |
| 789. -Peritus High Yield ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 790. | | | | | Sold | 05/10/16 | J | A | |
| 791. -PG&E Corp (Common) | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 792. -Phillips 66 (Common) | A | Dividend | | | Buy | 01/05/16 | J | | |
| 793. | | | | | Sold | 06/14/16 | J | | |
| 794. -PIMCO 0-5 Year High Yield ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 795. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 796. | | | | | Sold (part) | 03/08/16 | J | A | |
| 797. | | | | | Sold | 04/12/16 | J | A | |
| 798. - PIMCO 1-3 Year U.S. Treasury Index ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | | |
| 799. | | | | | Sold | 05/10/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -PIMCO 15+ Year U.S. TIPS Index ETF | | None | | | Buy | 01/13/16 | J | | |
| 801. | | | | | Sold | 02/09/16 | J | A | |
| 802. | | | | | Buy | 04/12/16 | J | | |
| 803. | | | | | Sold | 05/04/16 | J | A | |
| 804.  -PIMCO Enhanced Short Maturity Strategy ETF | | None | | | Sold | 01/13/16 | J | | |
| 805. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 806. | | | | | Sold | 12/23/16 | K | A | |
| 807.  -PIMCO Investment Grade Corporate Bond ETF | A | Dividend | | | Buy | 05/10/16 | K | | |
| 808. | | | | | Sold (part) | 07/12/16 | K | A | |
| 809. | | | | | Sold | 09/13/16 | J | A | |
| 810.  -PIMCO Total Retun ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 811. | | | | | Sold | 07/12/16 | J | A | |
| 812.  -Pinnacle West Capital Corp (Common) | A | Dividend | K | T | Buy | 03/09/16 | K | | |
| 813. | | | | | Sold (part) | 07/07/16 | J | A | |
| 814.  -PNC Financial Services Group Inc (Common) | A | Dividend | | | Sold | 06/07/16 | J | | |
| 815.  -Polaris Industries Inc (Common) | | None | | | Sold | 01/06/16 | J | | |
| 816.  -Post Properties Inc (Common) | | | | | Buy | 07/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

CLELAND, ROBERT H.

02/03/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817. | | | | | Merged<br>(with line 743) | | | | |
| 818.   -PowerShares 1-30 Laddered Treasury ETF | A | Dividend | | | Sold<br>(part) | 05/10/16 | K | B | |
| 819. | | | | | Buy<br>(add'l) | 07/12/16 | J | | |
| 820. | | | | | Buy<br>(add'l) | 09/13/16 | J | | |
| 821. | | | | | Sold<br>(part) | 11/08/16 | J | | |
| 822. | | | | | Sold<br>(part) | 12/13/16 | J | | |
| 823. | | | | | Sold | 12/23/16 | J | | |
| 824.   -Powershares Preferred Portfolio ETF | A | Dividend | | | Buy | 09/13/16 | J | | |
| 825. | | | | | Sold | 10/11/16 | J | | |
| 826.   -Powershares Senior Loan Portfolio ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 827. | | | | | Buy<br>(add'l) | 02/09/16 | J | | |
| 828. | | | | | Buy<br>(add'l) | 03/08/16 | J | | |
| 829. | | | | | Sold<br>(part) | 05/10/16 | J | A | |
| 830. | | | | | Sold | 06/14/16 | J | A | |
| 831.   -PPL Corp (Common) | A | Dividend | | | Sold | 07/13/16 | K | C | |
| 832.   -Priceline Group Inc (Common) | | None | J | T | Sold<br>(part) | 07/07/16 | J | C | |
| 833.   -Principal Financial Group Inc (Common) | A | Dividend | | | Sold | 03/09/16 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -Private Bancorp Inc (Common) | | None | | | Sold | 08/02/16 | J | B | |
| 835.  -Progressive Corp (Common) | | None | | | Sold | 01/06/16 | J | A | |
| 836.  -Prudential Financial Inc (Common) | | None | | | Sold (part) | 02/08/16 | J | | |
| 837. | | | | | Sold | 02/11/16 | J | | |
| 838.  -Public Service Enterprise Group Inc (Common) | A | Dividend | K | T | Sold | 09/14/16 | K | A | |
| 839. | | | | | Buy | 06/14/16 | J | | |
| 840. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 841.  -Pulte Group Inc (Common) | | None | | | Buy | 10/05/16 | J | | |
| 842. | | | | | Sold | 12/07/16 | J | | |
| 843.  -Quaker Chemical Corporation (Common) | A | Dividend | | | Sold | 09/08/16 | J | B | |
| 844.  -Qualcomm Inc (Common) | | None | | | Sold | 01/05/16 | J | | |
| 845.  -Quanta (Common) | | None | K | T | Buy | 12/16/16 | K | | |
| 846.  -Quest Diagnostics Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 847. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 848.  -Quintiles IMS Holdings Inc (Common) | | None | J | T | Buy | 08/02/16 | J | | |
| 849.  -Raytheon Co (Common) | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 850. | | | | | Buy (add'l) | 12/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

CLELAND, ROBERT H.

02/03/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -Republic Services Inc (Common) | A | Dividend | J | T | Buy | 09/13/16 | J | | |
| 852. -Regeneron Pharmaceuticals, Inc (Common) | | None | | | Sold | 01/06/16 | J | | |
| 853. -Reinsurance Group of America Inc (Common) | | None | J | T | Buy (add'l) | 12/06/16 | J | | |
| 854. -Reliance Steel & Aluminum Co (Common) | A | Dividend | J | T | Sold (part) | 07/07/16 | J | A | |
| 855. -Resmed Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 856. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 857. -Rex American Resources Inc (Common) | | None | J | T | Buy | 11/02/16 | J | | |
| 858. -Reynolds American Inc (Common) | A | Dividend | | | Buy | 07/11/16 | K | | |
| 859. | | | | | Buy (add'l) | 07/14/16 | J | | |
| 860. | | | | | Sold (part) | 09/19/16 | K | | |
| 861. | | | | | Sold | 09/23/16 | J | | |
| 862. -Rockwell Automation Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 863. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 864. -Rogers Corp (Common) | | None | J | T | | | | | |
| 865. -Ross Stores Inc (Common) | A | Dividend | K | T | Buy (add'l) | 05/09/16 | K | | |
| 866. -RS Floating Rate ETF | A | Dividend | | | Sold | 05/10/16 | K | | |
| 867. -Sanderson Farms Inc (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -SCANA Corp (Common) | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 869. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 870. -Schwab Short-Term US Treasury ETF | A | Dividend | | | Sold | 01/13/16 | K | | |
| 871. | | | | | Buy | 03/08/16 | K | | |
| 872. | | | | | Sold (part) | 04/12/16 | K | A | |
| 873. | | | | | Sold | 05/10/16 | J | A | |
| 874. -Schlumberger, LTD (Common) | A | Dividend | | | Sold | 06/06/16 | J | | |
| 875. -Sherwin-Williams Co (Common) | A | Dividend | | | Sold | 04/06/16 | J | D | |
| 876. -Signet Jewelers Ltd (Common) | A | Dividend | | | Sold | 06/08/16 | J | | |
| 877. -Sirona Dental Systems Inc (Common) | | | | | Merged (with line 429) | 02/29/16 | J | | |
| 878. -Skyworks Solutions Inc (Common) | A | Dividend | J | T | Sold (part) | 01/05/16 | J | | |
| 879. -Snap-on Inc (Common) | A | Dividend | | | Sold | 05/11/16 | K | B | |
| 880. -SPDR Barclays Aggregate Bond ETF - See Part VIII | | | | | | | | | |
| 881. -SPDR Barclays Intermediate Term Trs ETF - See Part VIII | | | | | | | | | |
| 882. -SPDR Barclays International Treasury Bond ETF- See Part VIII | | | | | | | | | |
| 883. -SPDR Barclays Mortgage Backed Bond ETF See Part VIII | | | | | | | | | |
| 884. -SPDR Barclays Short Term Corp Bd ETF - See Part VIII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885.  -SPDR Bloomberg Barclays 1-3 Month U.S. Treasury Bill Index | None | | | | Buy | 01/13/16 | K | | |
| 886. | | | | | Sold (part) | 03/08/16 | J | | |
| 887. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 888. | | | | | Sold | 05/10/16 | K | | |
| 889.  -SPDR Bloomberg Barclays Aggregate Bond ETF | A | Dividend | | | Sold (part) | 04/12/16 | K | A | |
| 890. | | | | | Buy (add'l) | 05/10/16 | K | | |
| 891. | | | | | Sold | 09/13/16 | K | A | |
| 892.  -SPDR Bloomberg Barclays Emerging Markets Local Bond ETF | None | | | | Buy | 01/13/16 | J | | |
| 893. | | | | | Sold | 02/09/16 | J | A | |
| 894.  -SPDR Bloomberg Barclays Intermediate Term Corporate Bond ETF | A | Dividend | | | Buy | 06/14/16 | K | | |
| 895. | | | | | Sold (part) | 08/10/16 | J | A | |
| 896. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 897. | | | | | Sold (part) | 10/11/16 | K | | |
| 898. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 899. | | | | | Sold | 12/13/16 | K | | |
| 900.  -SPDR Bloomberg Barclays Intermediate Term Treasury Index ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | | |
| 901. | | | | | Buy (add'l) | 03/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 04/12/16 | K | | |
| 903. | | | | | Sold (part) | 05/10/16 | J | A | |
| 904. | | | | | Sold (part) | 06/14/16 | J | A | |
| 905. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 906. | | | | | Buy (add'l) | 08/10/16 | K | | |
| 907. | | | | | Sold | 12/13/16 | K | | |
| 908. -SPDR Bloomberg Barclays International Treasury Bond ETF | | None | | | Sold (part) | 01/13/16 | J | | |
| 909. | | | | | Sold | 02/09/16 | J | | |
| 910. -SPDR Bloomberg Barclays Issuer Scored Corporate Bond ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 911. | | | | | Sold (part) | 05/10/16 | J | A | |
| 912. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 913. | | | | | Buy (add'l) | 11/08/16 | K | | |
| 914. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 915. | | | | | Sold | 12/23/16 | K | | |
| 916. -SPDR Bloomberg Barclays Long Term Corporate Bond ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 917. | | | | | Sold (part) | 02/09/16 | J | | |
| 918. | | | | | Sold | 03/08/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

---

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -SPDR Bloomberg Barclays Long Term Treasury ETF | A | Dividend | | | Buy | 04/12/16 | J | | |
| 920. | | | | | Sold | 05/10/16 | J | | |
| 921. -SPDR Bloomberg Barclays Mortgage Backed Bond ETF | A | Dividend | | | Sold (part) | 06/14/16 | J | A | |
| 922. | | | | | Sold | 07/12/16 | K | A | |
| 923. -SPDR Bloomberg Barclays Short Term Corporate Bond ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | K | | |
| 924. | | | | | Sold (part) | 02/09/16 | K | | |
| 925. | | | | | Sold (part) | 03/08/16 | J | | |
| 926. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 927. | | | | | Buy (add'l) | 06/07/16 | J | | |
| 928. | | | | | Sold (part) | 06/14/16 | J | | |
| 929. | | | | | Buy (add'l) | 08/10/16 | K | | |
| 930. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 931. | | | | | Sold | 10/11/16 | K | | |
| 932. -SPDR MSCI ACWI EX-US ETF | | None | | | Sold (part) | 01/14/16 | J | | |
| 933. | | | | | Sold | 03/09/16 | J | | |
| 934. -Spectra Energy Corp (Common) | A | Dividend | K | T | Buy | 11/07/16 | K | | |
| 935. -St.Judes Medical Inc (Common) | A | Dividend | | | Sold | 04/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. -Stag Industrial Inc (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 937. -Starbucks Corp (Common) | A | Dividend | K | T | | | | | |
| 938. -Stericycle Inc (Common) | | None | | | Sold | 09/07/16 | J | | |
| 939. -Steris PLC (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 940. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 941. -Stryker Corp (Common) | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 942. | | | | | Sold (part) | 07/07/16 | J | A | |
| 943. -Sturm Ruger & Co Inc (Common) | A | Dividend | J | T | Buy | 05/04/16 | J | | |
| 944. -Summit Hotel Properties Inc (Common) | | None | | | Buy | 07/07/16 | J | | |
| 945. | | | | | Sold | 08/10/16 | J | A | |
| 946. -SunPower Corp (Common) | | None | | | Sold | 05/04/16 | J | | |
| 947. -SunTrust Banks Inc (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | A | |
| 948. -Synopsys, Inc. (Common) | | None | J | T | | | | | |
| 949. -Sysco Corp (Common) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 950. -T-Mobile US Inc (Common) | A | Dividend | J | T | Buy | 11/01/16 | J | | |
| 951. -Target Corp (Common) | A | Dividend | J | T | Sold | 06/14/16 | J | | |
| 952. | | | | | Buy | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953.  -TDY (Common) | | None | | | Sold | 11/02/16 | J | A | |
| 954.  -TE Connectivity LTD (Common) | A | Dividend | | | Buy | 02/05/16 | J | | |
| 955. | | | | | Sold | 03/02/16 | J | A | |
| 956.  -Tesoro Corp (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | | |
| 957.  -Tetra Tech Inc (Common) | A | Dividend | J | T | Buy | 11/02/16 | J | | |
| 958.  -Texas Instruments Inc (Common) | A | Dividend | K | T | Buy (add'l) | 05/04/16 | J | | |
| 959. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 960. | | | | | Sold (part) | 06/14/16 | J | C | |
| 961.  -Tiffany & Co (Common) | A | Dividend | | | Buy | 02/05/16 | J | | |
| 962. | | | | | Sold | 10/05/16 | J | A | |
| 963.  -Timken Co (Common) | A | Dividend | K | T | Buy | 01/06/16 | J | | |
| 964. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 965. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 966.  -TJX Companies Inc (Common)) | A | Dividend | K | T | Buy (add'l) | 03/07/16 | K | | |
| 967.  -Torchmark Corp (Common) | A | Dividend | K | T | | | | | |
| 968.  -The Travelers Companies Inc (Common) | A | Dividend | K | T | Buy (add'l) | 06/14/16 | J | | |
| 969. | | | | | Buy (add'l) | 12/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Ubiquiti Networks Inc (Common) | A | Dividend | J | T | Buy | 03/01/16 | J | | |
| 971. -UniFirst Corp (Common) | A | Dividend | J | T | | | | | |
| 972. -United Technologies Corp (Common) | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 973. -UnitedHealth Group Inc (Common) | A | Dividend | K | T | Buy (add'l) | 05/04/16 | K | | |
| 974. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 975. -Universal Forest Products, Inc (Common) | | None | J | T | Buy | 11/02/16 | J | | |
| 976. -Universal Health Services, Inc (common) | A | Dividend | | | Sold | 03/01/16 | J | | |
| 977. -Unum Group (Common) | | None | K | T | Buy | 12/23/16 | K | | |
| 978. -Urban Outfitters Inc (Common) | | None | J | T | Buy | 04/06/16 | J | | |
| 979. -US Bancorp (Common) | A | Dividend | | | Buy (add'l) | 04/05/16 | J | | |
| 980. | | | | | Sold (part) | 04/11/16 | K | | |
| 981. | | | | | Sold | 06/14/16 | J | A | |
| 982. -US Ecology Inc (Common) | | None | | | Sold | 01/06/16 | J | | |
| 983. -Valero Energy Corp (Common) | A | Dividend | | | Buy | 04/05/16 | J | | |
| 984. | | | | | Sold | 06/14/16 | J | | |
| 985. -The Valspar Corp (Common) | A | Dividend | | | Sold | 03/21/16 | J | B | |
| 986. -Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold (part) | 02/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Sold (part) | 03/09/16 | J | | |
| 988. | | | | | Sold (part) | 06/15/16 | J | | |
| 989. | | | | | Sold | 07/13/16 | J | | |
| 990.  -Vanguard FTSE European ETF | A | Dividend | K | T | Sold (part) | 03/09/16 | J | | |
| 991. | | | | | Sold (part) | 09/14/16 | K | | |
| 992.  -Vanguard Intermediate-Term Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 993. | | | | | Buy (add'l) | 06/14/16 | K | | |
| 994. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 995. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 996. | | | | | Sold (part) | 09/13/16 | K | A | |
| 997. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 998. | | | | | Sold | 12/23/16 | K | | |
| 999.  -Vanguard Long-Term Bond ETF | A | Dividend | | | Buy (add'l) | 01/13/16 | K | | |
| 1000. | | | | | Sold (part) | 02/09/16 | K | A | |
| 1001. | | | | | Buy (add'l) | 03/08/16 | K | | |
| 1002. | | | | | Sold | 05/10/16 | K | B | |
| 1003. -Vanguard Intermediate-Term Government Bond ETF | A | Dividend | | | Buy | 05/10/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Sold (part) | 07/12/16 | K | A | |
| 1005. | | | | | Buy (add'l) | 10/11/16 | K | | |
| 1006. | | | | | Sold (part) | 11/08/16 | K | | |
| 1007. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 1008. | | | | | Sold | 12/23/16 | K | | |
| 1009. -Vanguard Mortgage-Backed Securities ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 1010. | | | | | Sold (part) | 02/09/16 | J | A | |
| 1011. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 1012. | | | | | Sold (part) | 07/12/16 | J | A | |
| 1013. | | | | | Buy (add'l) | 10/11/16 | J | | |
| 1014. | | | | | Sold (part) | 11/08/16 | J | | |
| 1015. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 1016. | | | | | Sold | 12/23/16 | K | | |
| 1017. -Vanguard Long-Term Corporate Bond ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 1018. | | | | | Sold | 02/09/16 | J | | |
| 1019. -Vanguard Long-Term Government Bond ETF | A | Dividend | | | Buy | 01/13/16 | J | | |
| 1020. | | | | | Sold (part) | 02/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | Buy (add'l) | 04/12/16 | J | | |
| 1022. | | | | | Sold | 05/10/16 | J | | |
| 1023. -Vanguard Intermediate-Term Corporate Bond ETF | A | Dividend | | | Buy | 06/14/16 | K | | |
| 1024. | | | | | Sold (part) | 09/13/16 | K | A | |
| 1025. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 1026. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 1027. | | | | | Sold | 12/23/16 | J | | |
| 1028. -Vanguard Short-Term Corporate Bond ETF | A | Dividend | | | Buy | 06/14/16 | J | | |
| 1029. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 1030. | | | | | Sold (part) | 08/10/16 | K | | |
| 1031. | | | | | Sold (part) | 10/11/16 | J | | |
| 1032. | | | | | Sold | 11/08/16 | K | | |
| 1033. -Vanguard Short-Term Government -Bond ETF | A | Dividend | | | Buy | 05/10/16 | J | | |
| 1034. | | | | | Sold | 06/14/16 | J | | |
| 1035. -Vanguard Total Bond Market ETF | A | Dividend | | | Sold (part) | 01/13/16 | K | | |
| 1036. | | | | | Sold (part) | 02/09/16 | K | A | |
| 1037. | | | | | Buy (add'l) | 03/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CLELAND, ROBERT H.** | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | Sold (part) | 04/12/16 | J | A | |
| 1039. | | | | | Buy (add'l) | 05/11/16 | K | | |
| 1040. | | | | | Sold (part) | 06/14/16 | J | A | |
| 1041. | | | | | Sold (part) | 10/11/16 | K | A | |
| 1042. | | | | | Sold | 12/13/16 | J | | |
| 1043. -Vanguard Total International Stock ETF | | None | | | Buy | 01/14/16 | J | | |
| 1044. | | | | | Sold (part) | 02/11/16 | J | | |
| 1045. | | | | | Sold | 05/11/16 | J | A | |
| 1046. -Verizon Communications (Common) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 1047. -Versum Materials Inc (Common) | | None | J | T | Buy | 06/13/16 | J | | |
| 1048. -Viacom Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 1049. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 1050. -Victory Floating Rate Class Y ETF | A | Dividend | | | Buy | 07/12/16 | J | | |
| 1051. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 1052. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 1053. | | | | | Buy (add'l) | 09/16/16 | K | | |
| 1054. | | | | | Buy (add'l) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CLELAND, ROBERT H.** | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 1056. | | | | | Sold (part) | 11/08/16 | J | A | |
| 1057. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 1058. | | | | | Sold | 12/13/16 | J | A | |
| 1059. -VF Corp (Common) | | None | | | Sold | 02/11/16 | K | | |
| 1060. -Vornado Realty Tr (Common) | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 1061. -Walgreens Boots Alliance, Inc (Common) | A | Dividend | J | T | Sold (part) | 06/14/16 | J | | |
| 1062. -The Walt Disney Co (Common) | A | Dividend | | | Sold (part) | 04/11/16 | K | | |
| 1063. | | | | | Sold | 04/13/16 | K | D | |
| 1064. -Washington Federal Inc. (Common) | A | Dividend | J | T | | | | | |
| 1065. -Waste Management, Inc. (Common) | A | Dividend | J | T | | | | | |
| 1066. -Waters Corp (Common) | | None | | | Sold | 05/04/16 | J | A | |
| 1067. -WebMD Health Corp (Common) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 1068. -Wells Fargo & Company (Common) | A | Dividend | K | T | | | | | |
| 1069. -Wells Fargo Sweep Account | A | Interest | L | T | | | | | |
| 1070. -Westlake Chemical Corp (Common) | A | Dividend | | | Sold | 12/07/16 | J | | |
| 1071. -Whirlpool Corp (Common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. -Williams Sonoma Inc (Common) | A | Dividend | K | T | Buy | 06/14/16 | J | | |
| 1073. | | | | | Buy (add'l) | 12/23/16 | K | | |
| 1074. -WisdomTree Asia Local Debt ETF | | None | | | Sold | 2/09/16 | J | A | |
| 1075. -WisdomTree International Equity ETF | | None | | | Sold | 01/14/16 | J | | |
| 1076. WisdomTree Japan Hedged Equity ETF | A | Dividend | | | Buy | 09/14/16 | J | | |
| 1077. | | | | | Sold | 10/12/16 | J | A | |
| 1078. -Wyndham Worldwide Corp (Common) | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 1079. -Xcel Energy Inc (Common) | A | Dividend | | | Sold | 12/15/16 | K | B | |
| 1080. -Zoetis Inc (Common) | A | Dividend | J | T | Buy | 06/07/16 | J | | |
| 1081. Brokerage (H) | | | | | | | | | |
| 1082. -Alon USA Partners LP (Common) | A | Dividend | J | T | | | | | |
| 1083. -BreitBurn Energy Partners LP Bond | A | Dividend | J | T | | | | | |
| 1084. -BP PLC Sponsored ADR (Common) | A | Dividend | L | T | | | | | |
| 1085. -Calumet Specialty Products LP (Common) | A | Dividend | J | T | | | | | |
| 1086. -CVR Refining LP Com Unit Repstg LTD Partner (Common) | A | Dividend | J | T | | | | | |
| 1087. -Fidelity Cash Reserves Fund | A | Dividend | L | T | | | | | |
| 1088. -Fidelity Municipal Income Fund | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

**FINANCIAL DISCLOSURE REPORT**
Page 68 of 71

Name of Person Reporting
CLELAND, ROBERT H.

Date of Report
02/03/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Kinder Morgan Energy Partners LP (Common) | A | Dividend | J | T | | | | | |
| 1090. -Lincoln National (Common) | B | Dividend | M | T | | | | | |
| 1091. | | | | | | | | | |
| 1092. -Nisource (Common) | A | Dividend | J | T | | | | | |
| 1093. -Northern Tier Energy LP (Common) | | | | | Merged (with line 1100) | 06/29/16 | J | | |
| 1094. -Northstar Realty Finance Corp (Common) | A | Dividend | J | T | | | | | |
| 1095. -Nustar Energy LP (Common) | A | Dividend | J | T | | | | | |
| 1096. -Plains All American Pipeline LP (Common) | A | Dividend | J | T | | | | | |
| 1097. -Sun Communities (Common) | A | Dividend | K | T | | | | | |
| 1098. -Vanguard Natural Res Bond | A | Dividend | J | T | | | | | |
| 1099. Investment Club (H) | | | | | | | | | |
| 1100. Westrn Refining Inc (Common) formerly Northern Tier Energy LP | A | Dividend | J | T | | | | | |
| 1101. -Apple (Common) | A | Dividend | J | T | | | | | |
| 1102. -Costco Wholesale Corp (Common) | A | Dividend | J | T | | | | | |
| 1103. -Devon Energy Corp (Common)(X) | A | Dividend | J | T | | | | | |
| 1104. -Disney Walt Co (Common) | A | Dividend | J | T | | | | | |
| 1105. -Du Pont De Nemours And Co (Common) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H. | 02/03/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. -Facebook Inc (Common) | | None | J | T | | | | | |
| 1107. -Goldman Sachs Group Inc (Common) | A | Dividend | | | Sold | 07/19/16 | J | A | |
| 1108. -JP Morgan Chase & Co (Common) | A | Dividend | J | T | | | | | |
| 1109. -Kite Pharma Inc (Common) | | None | J | T | Buy | 11/03/16 | J | | |
| 1110. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 1111. | | | | | Sold (part) | 12/22/16 | J | | |
| 1112. | | | | | Sold (part) | 12/22/16 | J | | |
| 1113. | | | | | Sold (part) | 12/22/16 | J | | |
| 1114. | | | | | Sold (part) | 12/29/16 | J | | |
| 1115. -Omeros Corp (Common) | | None | J | T | Buy | 11/04/16 | J | | |
| 1116. | | | | | Buy (add'l) | 11/08/16 | J | | |
| 1117. | | | | | Sold (part) | 12/01/16 | J | | |
| 1118. -Procter Gamble Co (Common)(X) | A | Dividend | J | T | | | | | |
| 1119. -Royal Dutch Shell PLC (Common)(X) | A | Dividend | J | T | | | | | |
| 1120. -Wells Fargo & Co (Common) | A | Dividend | | | Sold | 11/03/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 02/03/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Reason for 2016 Amendment

PART VII - Investments & Trusts

Line 395A - Removed because CF Industries Holdings Inc was sold in Sept 2015 as shown on line 363 of the 3rd Amended 2015 Report filed 2/2/2018

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 71 of 71 | CLELAND, ROBERT H. | 02/03/2018 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  S/ **ROBERT H. CLELAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544